**Form 731**[Ntc of Case Closed w/o Discharge]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:  
    Jenica Maria Vigil  

    Debtor(s).

Case No. 14−22083 JTM  
Chapter 7

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

On August 8, 2014, this case was closed without an Order of Discharge of debts being issued and any stay under 11 U.S.C. § 362 was terminated.

The debtor(s) failed to file Debtor's Certificate of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form 23) together with the certificate(s) or the certificate number(s) issued by the course providers.

The debtor(s) may file a Motion to Reopen Case to Allow for the Late Filing of Certification of Completion of Financial Management Course and Request for Discharge (Motion to Reopen). The debtor(s) must pay the full filing fee for the Motion to Reopen at the time the motion is filed, unless *in forma pauperis* status has been granted.

A hearing on the Motion to Reopen should be set with notice to all creditors. Official Form 23 together with their certificate(s) or the certificate number(s) issued by the course providers should be filed with the Motion to Reopen.

Dated: August 8, 2014

                                      David A. Sime  
                                      Clerk of Court

United States Bankruptcy Court
District of Utah

In re:                                                                 Case No. 14-22083-JTM
Jenica Maria Vigil                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: mmb              Page 1 of 1              Date Rcvd: Aug 08, 2014
                              Form ID: f731          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2014.
```
db          +Jenica Maria Vigil,    6444 Laurel Canyon Drive,    Salt Lake City, UT 84118-9300
9244658     +Accelerated Receivables,    3740 Beach Blvd #307A,    Jacksonville, FL 32207-3819
9244659     +Alta View Urology Clinic,    9690 South 1300 East #100,    Sandy, UT 84094-3760
9244660    #+Bennett Law,    10542 South Jordan Gateway #200,    South Jordan, UT 84095-3907
9244663    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court:  DirecTV,    PO Box 78626,    Phoenix, AZ 85062)
9244662     +Daniel O. Duffin, Attorney at Law,    311 S State St #380,    Salt Lake City, UT 84111-5215
9244666     +Granger Medical Clinic,    PO Box 70658,    Salt Lake City, UT 84170-0658
9244667     +Intermountain Healthcare,    PO Box 410400,    Salt Lake City, UT 84141-0400
9244668     +Jordan Meadows Medical Center,    3354 West 7800 South,    West Jordan, UT 84088-4506
9244669     +Jordan Valley Hospital,    3580 West 9000 South,    West Jordan, UT 84088-8899
9244672     +Mountain Land Collections,    PO Box 1280,    American Fork, UT 84003-6280
9244674    ++PACIFICORP,    ATTN BANKRUPTCY,    PO BOX 25803,    SALT LAKE CITY UT 84125-0308
             (address filed with court:  Rocky Mountain Power,    PO Box 26000,    Portland, OR 97256)
9244675     +St Marks Hospital,    PO Box 740757,    Cincinnati, OH 45274-0757
9244676     +T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
9244677      Toyota Motor Credit Corp,    5995 N River Blvd NE,    Cedar Rapids, IA 52411
9264356      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
9244661     +E-mail/Text: banko@bonncoll.com Aug 09 2014 00:59:30      Bonneville Collections,    PO Box 150621,
              Ogden, UT 84415-0621
9244664     +E-mail/Text: kathy@checknetinc.com Aug 09 2014 00:59:29      E Partner Net,
              746 East 1910 South #3,    Provo, UT 84606-6225
9244665     +E-mail/Text: bankruptcy@expressrecovery.com Aug 09 2014 00:59:08      Express Recovery,
              PO Box 26415,    Salt Lake City, UT 84126-0415
9244670     +E-mail/Text: bureauknight@yahoo.com Aug 09 2014 00:59:06      Knight Adjustment Bureau,
              404 East 4500 South #A-34,    Salt Lake City, UT 84107-2710
9244671     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 09 2014 00:59:11      Midland Funding,
              8875 Aero Dr #200,    San Diego, CA 92123-2255
9244673     +E-mail/Text: bkcorrespondence@oorcm.com Aug 09 2014 00:59:28      Revenue Cycle Solutions,
              2651 Warrenville Rd #500,    Downers Grove, IL 60515-5559
                                                                                              TOTAL: 6
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2014 at the address(es) listed below:
              Mary M. Hunt tr   hunttrustee@gmail.com,   hunt.peggy@dorsey.com;UT18@ecfcbis.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                              TOTAL: 2